UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FLEXTRONICS INTERNATIONAL, LTD.,

                                Petitioner,        25 Civ. 1511 (PAE)

            -v-

                                                      ORDER

ALLIANZ GLOBAL CORPORATE &
SPECIALTY SE,

                                Respondent.

---

PAUL A. ENGELMAYER, District Judge:

       Petitioner has moved to confirm a January 21, 2025 arbitral award. Dkt. 1. Proceedings to confirm an arbitral award must be "treated as akin to a motion for summary judgment." *D.H Blair & Co. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, the Court sets the following briefing schedule:

- March 18, 2025: Petitioner's memorandum of law in support of its petition due.
- April 15, 2025: Respondent's opposition due.
- April 22, 2025: Petitioner's reply, if any, due.

Petitioner is to serve this order, as well as its petition and papers in support, on respondent forthwith and file proof of this service, on the docket of this case, no later than March 4, 2025.

       SO ORDERED.

                                                        *Paul A. Engelmayer*
                                                        Paul A. Engelmayer
                                                        United States District Judge

Dated: February 25, 2025
       New York, New York