UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FLEXTRONICS INTERNATIONAL, LTD.,

                             Petitioner,

        -v-

ALLIANZ GLOBAL CORPORATE &
SPECIALTY SE,

                             Respondent.

25 Civ. 1511 (PAE)

ORDER

---

**PAUL A. ENGELMAYER, District Judge:**

The Court thanks the parties for their letters regarding an appropriate briefing schedule for petitioner's motion to confirm the arbitral award, and respondent's anticipated cross-motion to vacate the award. Dkts. 11, 12. As proposed by the parties, the Court modifies the briefing schedule at docket 8 as follows:

- March 18, 2025: Petitioner's memorandum of law in support of its motion to confirm and respondent's memorandum of law in support of its motion to vacate due.

- April 15, 2025: The parties' oppositions due.

- April 22, 2025: The parties' replies due.

The Court reminds all counsel of this Court's expectation that they will conduct this litigation collegially and respectfully.

      SO ORDERED.

                                                         *Paul A. Engelmayer*
                                                         Paul A. Engelmayer
                                                          United States District Judge

Dated: February 27, 2025
       New York, New York