# Kennedys

22 Vanderbilt Avenue
24th Floor
New York, NY 10017
USA

**t** +1 212.252.0004
**f** +1 212.832.4920

www.kennedyslaw.com

**t** +1 646 625 4036

William.Brennan@kennedyslaw.com

April 22, 2025

*Via ECF*

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:** *Flextronics International, Ltd. v. Allianz Global Corporate & Speciality SE,* Civ. Act. No. 1:25-cv-001511 – Request for Oral Argument

Dear Judge Engelmayer:

Pursuant to the Court's Individual Rules and Practices in a Civil Case, Defendant Allianz Global Corporate & Specialty SE respectfully requests that the Court schedule oral argument on Allianz's Motion to Vacate Arbitration Award (Dkt. 16) and Flex International, Ltd.'s Petition to Confirm and Enforce Final Arbitration Award (Dkt. 18).

Very truly yours,

/s/ William J. Brennan
**William J. Brennan**
Partner
for Kennedys

cc: Counsel of Record (*via ECF*)