UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FLEXTRONICS INTERNATIONAL, LTD.,

                              Petitioner,

                -v-

ALLIANZ GLOBAL CORPORATE & SPECIALTY SE,

                              Respondent.

---

25 Civ. 1511 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On November 13, 2025, the Court granted the petition by Flextronics International, Ltd. ("Flex") to confirm an arbitral award against respondent Allianz Global Corporate & Specialty SE ("Allianz"). Dkt. 50 (the "Decision"). The Court also authorized an award of costs, directing Flex to file a declaration detailing costs it incurred and Allianz to state whether it opposed any such costs. *Id.* at 43–44.

Flex timely filed its declaration, claiming $805 in costs in connection with this proceeding. Dkt. 51. Allianz did not oppose. Dkt. 52.

Accordingly, for the reasons stated in the Decision, the Court grants Flex's motion for $805 in costs from Allianz. By December 16, 2025, Flex will submit a proposed judgment, consistent with this order and the Decision, to the Orders and Judgments Clerk of this Court.

The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

_Paul A. Engelmayer_
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: December 9, 2025
        New York, New York

2